**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Glenn Allen WALLS, II, Defendant–
Appellant.**

**No. 12–30045.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 20, 2012.

Kevin Feldis, Jo Ann Farrington, Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Glenn Allen Walls, II, Bruceton Mills, WV, pro se.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Glenn Allen Walls, II, appeals pro se from the district court's order granting his

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

18 U.S.C. § 3582(c)(2) motion for reduction of sentence based on the retroactive amendments to the Sentencing Guidelines that lowered penalties for crack cocaine offenses. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Walls contends that the district court abused its discretion by declining to further reduce his sentence because of his post-sentencing prison disciplinary record. The district court properly considered this information in determining the extent to which it would reduce Walls's sentence. *See* U.S.S.G. § 1B1.10 cmt. n. 1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1096 (9th Cir.2010).

**AFFIRMED.**

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.